UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIA PICKETT JOHNSON

      Plaintiff,

-against-

ST. BARNABAS NURSING HOME and RONALD GRANGER,

      Defendants.

**Docket No: CV 08 2188**

**ANSWER**

**Marrero, U.S.D.J.**

Defendant, ST. BARNABAS NURSING HOME ("ST. BARNABAS"), by and through its undersigned attorneys, GARBARINI & SCHER, P.C., as and for its Answer to plaintiff's Complaint, alleges as follows:

### JURISDICTION:

1. Deny each and every allegation contained on the first page of the Complaint.

### PARTIES:

2. Deny any knowledge or information sufficient to form an opinion or belief as to the allegations contained in paragraphs designated I(A), I(B), and I(C) of the Complaint.

### STATEMENT OF CLAIM:

3. Deny each and every allegation contained in paragraphs designated II(A), II(B), II(C), II(D), and II(E) of the Complaint.

### EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES:

4. Deny each and every allegation contained in paragraphs designated III(A), III(B), and III(C) of the Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE:

5. Plaintiff's Complaint fails to state a cause of action upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE:

6. Plaintiff has failed to obtain jurisdiction over defendants through proper service of the Summons and Complaint.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE:

7. Plaintiff's claims are barred pursuant to the applicable statutes of limitation.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:

8. Plaintiff's federal statutory claims are barred because the Complaint was not filed within 90 days of receipt Notice of Right to Sue from the Equal Employment Opportunity Commission.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:

9. Plaintiff's claims are barred under the doctrine of laches.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE:

10. This matter has been fully and fairly litigated before the Equal Employment Opportunity Commission and been dismissed in defendants' favor, and is therefore barred by the doctrine of *res judicata*.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE:

11. The Complaint is barred, in whole or in part, because plaintiff has failed to exhaust all federal administrative remedies, and has raised allegations that were omitted from plaintiff's Equal Employment Opportunity Commission Charge.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE:

12. Plaintiff's state and city law causes of action are not subject to the supplemental jurisdiction of this Court.

WHEREFORE, defendants demand judgment dismissing the Complaint of the plaintiffs herein, together with costs and disbursement of this action.

Dated:   New York, NY
April 21, 2008

By: _____
GARBARINI & SCHER, P.C.

YUVAL BAR-KOKHBA (YB 9109)
Attorneys for Defendant
ST. BARNABAS NURSING HOME
432 Park Avenue South
New York, NY 10016
Phone (212) 689-1113
Fax    (212) 725-9630

TO:   FELICIA PICKETT JOHNSON
Plaintiff *pro se*
1466 Beach Avenue
Apartment 1
Bronx, New York 10460

RONALD GRANGER
c/o St. Barnabas Nursing Home
2175 Quarry Road
Bronx, New York 10457

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      MAUREEN GRIFFIN, being duly sworn, deposes and says, that the deponent is a resident of Copiague, New York, is not a party of the action, and is over 18 years of age.

      That on the 22nd day of April, 2008, the undersigned served the within **ANSWER** dated April 21, 2008 upon the attorneys named below by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, and directed to the said attorneys at the address indicated below, such address being the address designated by said attorneys for that purpose.

      FELICIA PICKETT JOHNSON
Plaintiff *pro se*
1466 Beach Avenue
Apartment 1
Bronx, New York 10460

RONALD GRANGER
Defendant
c/o St. Barnabas Nursing Home
2175 Quarry Road
Bronx, New York 10457

      _____
      MAUREEN GRIFFIN

Sworn to before me this
22nd day of April, 2008

_____
Paulette Romero
Notary Public, State of New York
Registration #01RO6049073
Qualified in Queens County
My Commission Expires October 2, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIA PICKETT JOHNSON

            Plaintiff,

  -against-

ST. BARNABAS NURSING HOME and RONALD GRANGER,

            Defendants.

**Docket No. CV 08 2188**

**Marrero, U.S.D.J.**

===============================================

## ANSWER

===============================================

**GARBARINI & SCHER, P.C.**
Attorneys for Defendant
*St. Barnabas Nursing Home*
Office & P. O. Address
432 Park Avenue South
New York, NY 10016-8013
Telephone (212) 689-1113

===============================================

===============================================