UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

FELICIA PICKETT JOHNSON,                        Docket No.: **CV 08 2188**

               Plaintiff,          **F R C P    7 . 1**
                                 **STATEMENT**

   -against-
                                 **Marrero, U.S.D.J.**

ST. BARNABAS NURSING HOME and
RONALD GRANGER,

                 Defendants.
-------------------------------------------------------------------------X

S I R S :

Pursuant to FRCP 7.1 to enable Judges and Magistrate Judges of the Court to evaluate

possible disqualification or recusal, the undersigned counsel for defendant, ST, BARNABAS

NURSING HOME, certifies that there are no corporate parents, affiliates and/or subsidiaries of said

parties which are publicly held.

Dated: New York, NY
     April 21, 2008

                    Yours, etc.

                    GARBARINI & SCHER, P.C.

By:       _____
                    YUVAL D. BAR-KOKHBA (YB 9109)
                    Attorneys for Defendant
                    ST. BARNABAS NURSING HOME
                    Office & P.O. Address
                    432 Park Avenue South
                    New York, NY 10016-8013
                    (212) 689-1113

TO:
FELICIA PICKETT JOHSON
Plaintiff *pro se*
1466 Beach Avenue
Apt. 1
Bronx, New York 10460

RONALD GRANGER
c/o St. Barnabas Nursing Home
2175 Quarry Road
Bronx, New York 10457

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

      MAUREEN GRIFFIN, being duly sworn, deposes and says, that the deponent is a resident of Copiague, New York, is not a party of the action, and is over 18 years of age.

      That on the 22nd day of April, 2008, the undersigned served the within **F.R.C.P. 7.1 STATEMENT** dated April 21, 2008 upon the attorneys named below by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, and directed to the said attorneys at the address indicated below, such address being the address designated by said attorneys for that purpose.

                                FELICIA PICKETT JOHNSON
                                Plaintiff *pro se*
                                1466 Beach Avenue
                                Apartment 1
                                Bronx, New York 10460

                                RONALD GRANGER
                                Defendant
                                c/o St. Barnabas Nursing Home
                                2175 Quarry Road
                                Bronx, New York 10457

                                                    MAUREEN GRIFFIN

Sworn to before me this
22nd day of April, 2008

Paulette Romero
Notary Public, State of New York
Registration #01RO6049073
Qualified in Queens County
My Commission Expires October 2, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELICIA PICKETT JOHNSON | **Docket No. CV 08 2188** |
| Plaintiff, | |
| -against- | **Marrero, U.S.D.J.** |
| ST. BARNABAS NURSING HOME and RONALD GRANGER, | |
| Defendants. | |

## F.R.C.P. 7.1 STATEMENT

**GARBARINI & SCHER, P.C.**
**Attorneys for Defendant**
*St. Barnabas Nursing Home*
**Office & P. O. Address**
**432 Park Avenue South**
**New York, NY 10016-8013**
**Telephone (212) 689-1113**