UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FELICIA PICKETT JOHNSON,                    :

                Plaintiff,                    :

       -against-                    :

ST. BARNABAS NURSING HOME              :
& RONALD GRANGER,

              Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/2/08

08 Civ. 2188 (VM) (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

        IT IS HEREBY ORDERED that a conference is scheduled for June 11, 2008 at

10:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

        Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be

provided with a courtesy copy of all papers hereafter filed with the Court.  The parties are to

follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is

attached.

        SO ORDERED.

Dated:     New York, New York
           June 2, 2008

                             _____
                             Andrew J. Peck
                         United States Magistrate Judge

Copies to:     Felicia Pickett Johnson (Regular & Certified Mail)
             William Goldman Scher, Esq. (Fax)
             Roosevelt Theodore Seymour, Esq. (Fax)
             Judge Victor Marrero