USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

FELICIA PICKETT JOHNSON,                :

         Plaintiff,                :

     -against-                       :

ST. BARNABAS NURSING HOME             :
& RONALD GRANGER,
                               :
         Defendants.
                               :
------------------------------------- x

08 Civ. 2188 (VM) (AJP)

RULE 16 INITIAL PRETRIAL
<u>CONFERENCE ORDER</u>

**ANDREW J. PECK, United States Magistrate Judge:**

      Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on June 11, 2008 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

      1.     All fact and expert discovery must be completed by September 30, 2008. Expert reports must be served by August 4, 2008 plaintiff, September 2, 2008 defendants. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due July 11, 2008.

      2.     Each party will notify this Court (and the District Judge) by October 2, 2008 as to whether it intends to move for summary judgment and, if required by the District Judge's chamber rules, request a pre-motion conference. Assuming pre-motion clearance has been obtained from the District Judge where required, summary judgment motions must be filed by October 20, 2008 if no date was set by the District Judge or, if a date was set by the District Judge, in accordance with the schedule set by the District Judge, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules

C:\ORD\16RULES

2

of the District Judge to whom this case is assigned (including any pre-motion conference requirements of the District Judge).

3. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by October 20, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4. A status conference will be held before the undersigned on July 21, 2008 at 10:30 a.m. in Courtroom 20D (500 Pearl Street).

5. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED: New York, New York
June 11, 2008

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies to: Felicia Pickett Johnson (Regular & Certified Mail)
David A. Allweiss, Esq. (Fax)
Roosevelt Theodore Seymour, Esq. (Fax)
Judge Victor Marrero

C:\ORD\16RULES