08-CV-2188

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED JUN 26 2008 CHAMBERS OF ANDREW J. PECK

FELICIA PICKETT JOHNSON
Plaintiff

VS.

ST. BARNABAS NURSING HOME CORP.
Defendant

docket # CV-2188/08
DISCRIMINATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/26/08

**PERMISSION FOR MOTION TO AMEND CHARGES**

Comes now the plaintiff, Felicia Pickett Johnson, request the Honorable Judge Peck to amend charges in the above style case.

**MEMO ENDORSED**

If plaintiff wants to amend her complaint, she must file a motion to do so — not submit a proposed amended complaint without showing its any amendment. The law is clear — a plaintiff's opposition is not supposed to defend against summary judgment except what is not [illegible]

Respectfully,

Felicia Pickett Johnson
Plaintiff

SO ORDERED.

Hon. Andrew J. Peck
United States Magistrate Judge

Copies: All Parties (Counsel) (fax)

**BY FAX**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NOW YORK

FELICIA PICKETT JOHNSON                               CV 2188/08
Plaintiff

VS.

ST. BARNABAS NURSING HOME CORP.
Defendant

Plaintiff, Felicia Pickett Johnson, makes an exhibit to motion with amended charges.

Mrs. Johnson, plaintiff, states that St. Barnabas Nursing Home Corporation is responsible for the behavior of its employees, and that the Corporation left, said plaintiff to work in a hostile work environment without immediate remedial changes to prevent escalated and unwanted incidents of hostility, these actions or lack of action thereof, caused Mrs. Johnson to become a victim of 1. Discrimination pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. section 2000e to 2000-17, (a) Race (b) color (c) gender (d) religion (e) national origin and pursuant to Americans with Disabilities Act of 1990, as codified, 42 U.S.C. section 1211212117. 2. Retaliation to (a) adverse actions (b) covered individuals (c) Protected activity and 3. Harassment.

St. Barnabas Nursing Home Corporation's actions or lack of actions thereof in this matter caused the plaintiff, Mrs. Felicia Pickett Johnson, emotional stress, personal injury (Continuous Trauma), with pain and suffering, and a negative character image. Plaintiff removes co-defendant Ronald Granger from these Charges.

The plaintiff, Mrs. Felicia Pickett Johnson, seeks 3.5 million in punitive damages, and general compensatory damages.

Respectfully,

*Felicia Pickett Johnson*
Felicia Pickett Johnson

1466 Beach Avenue Apt. 1
Bronx, New York 10460

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated: __June 26, 2008__                             Total Number of Pages: __3__

| TO | FAX NUMBER |
|---|---|
| David A. Allweiss, Esq.<br>William Goldman Scher, Esq. | 212-725-9630 |
| Roosevelt Theodore Seymour, Esq. | 718-624-7133 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 6/26/08**

If plaintiff wishes to amend her complaint, she must file a motion and attach as an exhibit a proposed Amended Complaint, which entirely replaces the original complaint. The Pro Se Office and Pro Se Manual can help plaintiff. This application is not sufficient and is denied without prejudice. Also, nothing can be sent to the Court unless it also is sent to defense counsel.

Copies to:   Felicia Pickett Johnson (Regular & Certified Mail)
             Judge Victor Marrero