MYRNA A. LEVINSON
GEORGE J. KEHAYAS
WILLIAM G. SCHER
KURT LEE WEINMANN
PAUL M. PALEY
GREGG D. WEINSTOCK
YUVAL D. BAR-KOKHBA
CHRISTINE FERNANDEZ COROOVA
BARRY M. RUDERMAN
BARRY ROTHMAN
THOMAS M. COOPER
BILL GIANARIS
SCOTT M. DORESON
ANDREW LONGO
PAMELA D. FIELD
DAVID H. ALLWEISS
RITA F. ARONOV
NIKOLAOS E. DIAMANTIS
ASHER I. LABENDZ

WILLIAM D. BUCKLEY
APPELLATE COUNSEL

ALSO ADMITTED IN
 * NEW JERSEY
 ° CONNECTICUT
 ‡ WASHINGTON, D.C.
 ▫ FLORIDA
 ◊ NORTH DAKOTA
 + MICHIGAN

# GARBARINI & SCHER, P.C.

ATTORNEYS AT LAW

432 PARK AVENUE SOUTH

NEW YORK, N.Y. 10016-8013

(212) 689-1113

FACSIMILE
(212) 725-9630

E-MAIL ADDRESS
legal@garbarini-scher.com

LONG ISLAND OFFICE
170 OLD COUNTRY ROAD, SUITE 600
MINEOLA, N.Y. 11501-4307
(516) 248-3012

WESTCHESTER OFFICE
202 MAMARONECK AVENUE, SUITE 500
WHITE PLAINS, N.Y. 10601-5312
(914) 949-7100

NEW JERSEY OFFICE
COURT PLAZA NORTH
25 MAIN STREET, 6TH FLOOR
HACKENSACK, N.J. 07601-7025
(201) 343-2002

CONNECTICUT OFFICE
66 FIELD POINT ROAD
GREENWICH, CT 06830-6473
(203) 256-8932

CHAS. J. GARBARINI (1962-2001)

EMERITUS
STANLEY J. SCHER
LEONARD WEINSTOCK

JUL - 9 2007

July 2, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-08

**VIA FACSIMILE 212-805-6382**
ATTN: Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
Suite 660
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Felicia Pickett-Johnson v.. St. Barnabas Nursing Home*
      **Docket No.: 08 Civ. 2188**
      Our File: EMP-16677-DHA

Dear Honorable Sir:

  Our office represents St. Barnabas Nursing Home, one of the defendants in the instant action.

  As Your Honor aware, counsel for co-defendant Ronald Granger has filed a motion to dismiss plaintiff's Complaint pursuant to Rule 12(b)(6), presently returnable July 18, 2008. Pursuant to Section II(A) of Your Honor's Individual Rules, we respectfully request a Pre-Motion Conference with respect to filing a motion or cross-motion on behalf of St. Barnabas Nursing Home for judgment on the pleadings pursuant to Rule 12(c).

F:\CASES\16677\Let.Ct.070208.wpd

**Hon. Victor Marrerro, U.S.D.J.**
July 2, 2008
Page 2

The bases for the proposed motion/cross-motion are that:

(a) plaintiff failed to file the instant action under Title VII of the Civil Rights Act and the Americans With Disabilities Act within 90 days of receipt of the Right-To-Sue Letter from the Equal Employment Opportunity Commission;

(b) the allegations of plaintiff's Complaint are contradicted by the Right-To-Sue Letter;

(c) the allegations set forth in the Complaint do not entitle plaintiff to relief under Title VII;

(d) plaintiff did not exhaust all federal administrative remedies as to her claims under the Americans With Disabilities Act; and

(e) should the federal statutory causes of action be dismissed, this Court has no supplemental jurisdiction over plaintiff's remaining state law and city law causes of action.

We look forward to conferencing this issue before the Court. Should you have any questions, please contact me.

Respectfully yours,

David H. Allweiss

DHA:dm

cc:   VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
      AND FIRST-CLASS MAIL
      Felicia Pickett-Johnson
      1466 Beach Avenue
      Apartment 1
      Bronx, New York 10460

      VIA FACSIMILE
      Roosevelt Seymour, Esq.
      (718) 624-7133

> Request GRANTED. A status conference herein is scheduled for 7-25-08 at 2:00 p.m. to address the matter described above by defendant St. Barnabas Nursing Home. Plaintiff's written response shall be SO ORDERED. due by 7-18-08.
>
> 7-9-08
> DATE     VICTOR MARRERO, U.S.D.J.

F:\CASES\16677\Let.Ct.070208.wpd