USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/16/08

GARBARINI & SCHER, P.C.
ATTORNEYS AT LAW
432 PARK AVENUE SOUTH
NEW YORK, N.Y. 10016-8013
(212) 689-1113

MYRNA A. LEVINSON
GEORGE J. KEMAYAS
WILLIAM G. SCHER
KURT LEE WEINMANN
PAUL M. PALEY
GREGG D. WEINSTOCK
YUVAL D. BAR-KOKHBA
CHRISTINE FERNANDEZ CORDOVA
BARRY M. RUDERMAN
BARRY ROTHMAN
THOMAS M. COOPER
BILL GIANARIS
SCOTT M. DORESON
ANDREW LONGO
PAMELA D. FIELD
DAVID H. ALLWEISS
RITA F. ARONOV
NIKOLAOS E. DIAMANTIS
ASHER I. LABENDZ

WILLIAM D. BUCKLEY
APPELLATE COUNSEL

ALSO ADMITTED IN
New Jersey
Connecticut
Washington, D.C.
Florida
North Dakota
Michigan

FACSIMILE
(212) 725-9630

E-MAIL ADDRESS
legal@garbarini-scher.com

LONG ISLAND OFFICE
170 OLD COUNTRY ROAD, SUITE 600
MINEOLA, N.Y. 11501-4307
(516) 248-3012

WESTCHESTER OFFICE
202 MAMARONECK AVENUE, SUITE 600
WHITE PLAINS, N.Y. 10601-5312
(914) 949-7100

NEW JERSEY OFFICE
COURT PLAZA NORTH
25 MAIN STREET, 6TH FLOOR
HACKENSACK, N.J. 07601-7025
(201) 343-2002

CONNECTICUT OFFICE
88 FIELD POINT ROAD
GREENWICH, CT 06830-6473
(203) 256-8932

CHAS. J. GARBARINI (1982-2001)

EMERITUS
STANLEY J. SCHER
LEONARD WEINSTOCK

RECEIVED
JUL 10 2008
CHAMBERS OF
ANDREW J. PECK

July 10, 2008

MEMO ENDORSED 7/16/08

**VIA FACSIMILE 212-805-7933**
ATTN: Hon. Andrew J. Peck, U.S.M.J.
United States District Court
Southern District of New York
Room 1370
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Felicia Pickett-Johnson v.. St. Barnabas Nursing Home*
**Docket No.: 08 Civ. 2188**
Our File: EMP-16677-DHA

Dear Honorable Sir:

Enclosed please find a copy of my correspondence to Judge Marrero, dated July 2, 2008, and his Order of July 9, 2008, scheduling a status conference for July 25, 2008.

Should you have any questions, please contact me.

Respectfully yours,

David H. Allweiss

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

DHA/tc
Encl.

F:\CASES\16677\Let.Peck3.wpd

07/10/2008 10:59 FAX 2127259632 BARBARINI & SCHER P.C. 003/005

**Hon. Andrew J. Peck, U.S.M.J.**
July 10, 2008
Page 2

cc: VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
AND FIRST-CLASS MAIL
Felicia Pickett-Johnson
1466 Beach Avenue
Apartment 1
Bronx, New York 10460
(Without Enclosures)

F:\CASES\16677\Let.Peck3.wpd

GARBARINI & SCHER, P. C.
ATTORNEYS AT LAW
432 PARK AVENUE SOUTH
NEW YORK, N.Y. 10016-8013
(212) 689-1113

FACSIMILE
(212) 725-8630
E-MAIL ADDRESS
legal@garbarini-scher.com

MYRNA A. LEVINSON
GREGORY J. KEKAYAS
WILLIAM D. SCHER
KURT LEE WEINMANN
PAUL M. PALEY
GREGG D. WEINSTOCK
YUVAL D. BAR-KOKHBA
CHRISTINE HERNANDEZ CORDOVA
BARRY M. RUDERMAN
BARRY ROTHMAN
THOMAS M. COOPER
BILL GIANARIS
SCOTT M. DOBBSON
ANDREW LONGO
PAMELA D. FIELD
DAVID H. ALLWEISS
RITA F. ARONOV
NIKOLAOS E. DIAMANTIS
ASHER I. LABENDZ

WILLIAM D. BUCKLEY
APPELLATE COUNSEL

ALSO ADMITTED IN
New Jersey
Connecticut
Washington, D.C.
Florida
North Dakota
Michigan

LONG ISLAND OFFICE
170 OLD COUNTRY ROAD, SUITE 300
MINEOLA, N.Y. 11501-4307
(516) 248-2012

WESTCHESTER OFFICE
202 MAMARONECK AVENUE, SUITE 300
WHITE PLAINS, N.Y. 10601-5316
(914) 949-7100

NEW JERSEY OFFICE
COURT PLAZA NORTH
25 MAIN STREET, 4TH FLOOR
HACKENSACK, N.J. 07601-7025
(201) 343-2008

CONNECTICUT OFFICE
88 FIELD POINT ROAD
GREENWICH, CT 06830-6473
(203) 869-8632

CHAS. J. GARBARINI (1929-2001)

EMERITUS
STANLEY J. SCHER
LEONARD WEINSTOCK

JUL - 9 2007

July 2, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-9-08

**VIA FACSIMILE 212-805-6382**
ATTN: Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
Suite 660
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Felicia Pickett-Johnson v.. St. Barnabas Nursing Home*
**Docket No.: 08 Civ. 2188**
Our File: EMP-16677-DHA

Dear Honorable Sir:

Our office represents St. Barnabas Nursing Home, one of the defendants in the instant action.

As Your Honor aware, counsel for co-defendant Ronald Granger has filed a motion to dismiss plaintiff's Complaint pursuant to Rule 12(b)(6), presently returnable July 18, 2008. Pursuant to Section II(A) of Your Honor's Individual Rules, we respectfully request a Pre-Motion Conference with respect to filing a motion or cross-motion on behalf of St. Barnabas Nursing Home for judgment on the pleadings pursuant to Rule 12(c).

Hon. Victor Marrerro, U.S.D.J.
July 2, 2008
Page 2

The bases for the proposed motion/cross-motion are that:

(a) plaintiff failed to file the instant action under Title VII of the Civil Rights Act and the Americans With Disabilities Act within 90 days of receipt of the Right-To-Sue Letter from the Equal Employment Opportunity Commission;

(b) the allegations of plaintiff's Complaint are contradicted by the Right-To-Sue Letter;

(c) the allegations set forth in the Complaint do not entitle plaintiff to relief under Title VII;

(d) plaintiff did not exhaust all federal administrative remedies as to her claims under the Americans With Disabilities Act; and

(e) should the federal statutory causes of action be dismissed, this Court has no supplemental jurisdiction over plaintiff's remaining state law and city law causes of action.

We look forward to conferencing this issue before the Court. Should you have any questions, please contact me.

Respectfully yours,

David H. Allweiss

DHA:dm

cc: VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND FIRST-CLASS MAIL
Felicia Pickett-Johnson
1466 Beach Avenue
Apartment 1
Bronx, New York 10460

VIA FACSIMILE
Roosevelt Seymour, Esq.
(718) 624-7133

Request GRANTED. A status conference herein is scheduled for 7-25-08 at 2:00 p.m. to address the matter described above by Defendant St. Barnabas Nursing Home. Plaintiff's written response shall be due by 7-18-08.

SO ORDERED.

7-9-08
DATE

VICTOR MARRERO, U.S.D.J.

F:\CASES\16677\Let.CL070208.wpd

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** July 16, 2008 **Total Number of Pages:** 5

| TO | FAX NUMBER |
|---|---|
| David A. Allweiss, Esq. | 212-725-9630 |
| | |

## TRANSCRIPTION:

**MEMO ENDORSED 7/16/08**

1. In light of the 7/25 conf. before Judge Marrero and the pending motion to dismiss, my 7/21 conf. is adjourned without new date. The parties are to advise of the results of the conf. before Judge Marrero.

2. The 9/30 discovery cutoff remains unchanged.

Copies to: Felicia Pickett Johnson (Regular & Certified Mail)
Judge Victor Marrero